**Order filed, August 19, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00558-CV

_____

**FRANKLIN MARLON JEROME AKA FRANKLIN M. JEROME, Appellant**

**V.**

**OSCAR VALLE, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-213767**

---

### ORDER

The reporter's record in this case was due **August 18, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM